IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYECROFT CONSULTANTS SA ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| KEVIN RICHARD HALLIGEN ) | Civil Action No. 1:09-cv-00655 |
| and ) | |
| OAKLEY INTERNATIONAL GROUP, LLC ) | |
| and ) | |
| OAKLEY STRATEGIC SERVICES, LLC, ) | |
| ) | |
| DEFENDANTS. ) | |

## JUDGMENT

It appearing that the above-named defendants have been declared in default by the Clerk of this Court on September 3, 2009, and a motion and an affidavit on behalf of the plaintiff having been filed setting forth a claim for a sum certain:

IT IS ORDERED that the plaintiff, Ryecroft Consultants SA, recover from the defendants, Kevin Richard Halligen, Oakley International Group, LLC and Oakley Strategic Services, LLC, jointly and severally, the amount of $871,000, with post-judgment interest at the rate of __0 %__ percent, together with costs.

Date: 4 January

Nancy Mayer-Whittington, Clerk

By: _[signature]_
~~Deputy Clerk~~
Judge